

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2019

No. 04-19-00118-CR

Ex parte Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4962-W1
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

On February 13, 2019, the trial court denied Appellant's application for a postconviction writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 § 3(a). The courts of appeals have no jurisdiction for felony postconviction writs of habeas corpus. *See id.*

Postconviction writs of habeas corpus must be filed in the court of conviction but made returnable to the Court of Criminal Appeals. *Id.*

We ORDER Appellant to SHOW CAUSE in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction.

All other deadlines in this appeal are SUSPENDED pending further order of this court.

If Appellant fails to respond, this appeal will be dismissed without further notice.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court